```
CR-S-99-00309-01-JBR (LRL)           USA vs. HIRCHEDD, ATEF SALAMI NEMER                Page
       KJD                                                                               1
```

| DATE FILED: 08/04/99 | DISTRICT: 0978 | | | COUNTY: 32003 |
|---|---|---|---|---|
| DATE CLSD.: 10/27/00 | TYPE: 3 | WRIT: N | JUV: N | ALIAS.: N |

| I.  CHARGE | | CNT # | # OF CNTS |
|---|---|---|---|
| 18/371 | CONSPIRACY TO VIOL 18/472 | 1 | 1 |
| 18/982(a)(2)(B) | FORFEITURE | 2 | 1 |

| II. UPPER | | ATTORNEY |
|---|---|---|
| U.S.A. | Plaintiff | JOSEPH E. SULLIVAN, AUSA<br>701 E. BRIDGER AVE., #800<br>LAS VEGAS, NV. 89101<br>(702)388-6336 |

| III. LOWER | | ATTORNEY |
|---|---|---|
| MEDINA, ORLANDO SANCHEZ | Defendant | Kirk Kennedy, Retd (#6k)<br>521 S. Sixth Street<br>Las Vegas, NV. 89101<br>(702)385-5534<br>(Fax:385-1869 |

SPANISH INTRP.

```
         OPEN                              CLOSE

         Proc date: 8/4/99                 Dispo Judge:    7814
         Proc code:    1                   Dispo date:  10/24/00
         1st app dt: 7/27/99               Sent date:   10/24/00
         1st app code:  A
         Cnsl code:     2                  Cnsl code:       2
                              Time
         CT:   1  D:    4  Pri: Srvd  Prob:  N/A  SR: None  Fine: $10,000.00
         CT:      D:       Pri:       Prob:       SR:       Fine:
         CT:      D:       Pri:       Prob:       SR:       Fine:
```

SUMMONS

CR-S-99-00309-01-~~JBR~~ (LRL)   USA vs. HIRCHEDD, ATEF SALAMI NEMER   Page 1.
KJD

DATE FILED: 08/04/99         DISTRICT: 0978                                COUNTY: 32003
DATE CLSD.: 10/27/00   TYPE: 3        WRIT: N        JUV: N         ALIAS.: N

| I. CHARGE CNTS | | CNT # | # OF |
|---|---|---|---|
| 18/371 | CONSPIRACY TO VIOL 18/472 | 1 | 1 |
| 18/982(a)(2)(B) | FORFEITURE | 2 | 1 |

| II. UPPER | | ATTORNEY |
|---|---|---|
| U.S.A. | Plaintiff | JOSEPH E. SULLIVAN, AUSA<br>701 E. BRIDGER AVE., #800<br>LAS VEGAS, NV. 89101<br>(702)388-6336 |

| III. LOWER | | ATTORNEY |
|---|---|---|
| MEDINA, ORLANDO SANCHEZ | Defendant | Kirk Kennedy, Retd (#6k)<br>521 S. Sixth Street<br>Las Vegas, NV. 89101<br>(702)385-5534<br>(Fax:385-1869 |

SPANISH INTRP.

**OPEN**                                **CLOSE**

Proc date: 8/4/99            Dispo Judge: 7814
Proc code: 1                 Dispo date: 10/24/00
1st app dt: 7/27/99          Sent date: 10/24/00
1st app code: A
Cnsl code: 2                 Cnsl code: 2
                Time
CT: 1  D: 4  Pri: Srvd  Prob: N/A  SR: None  Fine: $10,000.00
CT:    D:    Pri:       Prob:      SR:       Fine:
CT:    D:    Pri:       Prob:      SR:       Fine:

SUMMONS

CR-S-99-00309-02-~~JBR~~ (LRL)    USA vs. MOUSALI, KAMILO YUSEFF    Page 1
      KJD

DATE FILED: 08/04/99        DISTRICT: 0978                                COUNTY: 32003
DATE CLSD.: 10/27/00   TYPE: 3        WRIT: N      JUV: N         ALIAS.: N

| I. CHARGE CNTS | | CNT # | # OF |
|---|---|---|---|
| 18/371 | CONSPIRACY TO VIOL 18/472 | 1 | 1 |
| 18/982(a)(2)(B) | FORFEITURE | 2 | 1 |

II. UPPER                                                              ATTORNEY

U.S.A.                    Plaintiff               JOSEPH E. SULLIVAN, AUSA
                                                  701 E. BRIDGER AVE., #800
                                                  LAS VEGAS, NV. 89101
                                                  (702)388-6336


III. LOWER                                                             ATTORNEY

MOUSALI, KAMILO YUSEFF          Defendant         THOMAS FITZPATRICK, RETD (#18)
                                                  818 E. CHARLESTON BLVD.
                                                  LAS VEGAS, NV. 89104
                                                  (702)386-5060
                                                  (FAX:385-4604

SPANISH INTPR.

OPEN                               CLOSE

Proc date: 8/4/99                  Dispo Judge: 7814
Proc code: 1                       Dispo date: 10/24/00
1st app dt: 07/27/99               Sent date: 10/24/00
1st app code: A
Cnsl code: 1                       Cnsl code: 2

CT: 1  D: 4  Pri: Time Srvd  Prob: N/A  SR: None  Fine: $10,000.00
CT:    D:    Pri:            Prob:      SR:       Fine:
CT:    D:    Pri:            Prob:      SR:       Fine:

SUMMONS

CR-S-99-00309-02-~~JBR~~ (LRL)    USA vs. MOUSALI, KAMILO YUSEFF    PLEA #64    Page
             KJD                                                    CLOSED #67

| DATE FILED: 08/04/99 | DISTRICT: 0978 | | | COUNTY: 32003 |
| DATE CLSD.: 10/27/00 | TYPE: 3 | WRIT: N | JUV: N | ALIAS.: N |

| I. CHARGE CNTS | | CNT # | # OF |
|---|---|---|---|
| 18/371 | CONSPIRACY TO VIOL 18/472 | 1 | 1 |
| 18/982(a)(2)(B) | FORFEITURE | 2 | 1 |

## II. UPPER                                                ATTORNEY

U.S.A.                    Plaintiff

JOSEPH E. SULLIVAN, AUSA
701 E. BRIDGER AVE., #800
LAS VEGAS, NV. 89101
(702)388-6336

## III. LOWER                                               ATTORNEY

MOUSALI, KAMILO YUSEFF         Defendant

THOMAS FITZPATRICK, RETD (#18
818 E. CHARLESTON BLVD.
LAS VEGAS, NV.  89104
(702)386-5060
(FAX:385-4604

SPANISH INTPR.

Closed

**OPEN**                                    **CLOSE**

Proc date: 8/4/99              Dispo Judge: 7814
Proc code: 1                   Dispo date: 10/24/00
1st app dt: 07/27/99           Sent date: 10/24/00
1st app code: A
Cnsl code: 1                   Cnsl code: 2

CT: 1  D: 4  Pri: Time Srvd  Prob: N/A  SR: None  Fine: $10,000.00
CT: ___ D: ___ Pri: ___      Prob: ___  SR: ___   Fine: ___
CT: ___ D: ___ Pri: ___      Prob: ___  SR: ___   Fine: ___

SUMMONS

CR-S-99-00309-03-~~JBR~~ (LRL)  USA vs. MEDINA, ORLANDO SANCHEZ          Page 1
               KJD

| | | | | | |
|---|---|---|---|---|---|
| DATE FILED: 08/04/99 | | DISTRICT: 0978 | | | COUNTY: 32003 |
| DATE CLSD.: 10/27/00 | TYPE: 3 | WRIT: N | JUV: N | | ALIAS.: N |

| I. CHARGE CNTS | | CNT # | # OF |
|---|---|---|---|
| 18/371 | CONSPIRACY TO VIOL 18/472 | 1 | 1 |
| 18/982(a)(2)(B) | FORFEITURE | 2 | 1 |

## II. UPPER                                                    ATTORNEY

U.S.A.                    Plaintiff                JOSEPH E. SULLIVAN, AUSA
                                                   701 E. BRIDGER AVE., #800
                                                   LAS VEGAS, NV.  89101
                                                   (702)388-6336

## III. LOWER                                                   ATTORNEY

HIRCHEDD, ATEF SALAMI NEMER    Defendant           DONALD GREEN, RETD. (#6p)
                                                   633 SO. FOURTH STREET, #2
                                                   LAS VEGAS, NV  89101
                                                   (702)388-7311
                                                   (FAX:388-7355

*SPANISH INTRP.*

**OPEN**                              **CLOSE**

Proc date: 8/4/99          Dispo Judge: 7814
Proc code: 1               Dispo date: 10/24/00
1st app dt: 7/27/99        Sent date: 10/24/00
1st app code: A
Cnsl code: 2               Cnsl code: 2
                    Time
CT: 1  D: 4  Pri: Srvd  Prob: N/A  SR: None  Fine: $10,000.00
CT:    D:    Pri:       Prob:      SR:       Fine:
CT:    D:    Pri:       Prob:      SR:       Fine:

SUMMONS

```
CR-S-99-00309-03-JBR (LRL)          USA vs. MEDINA, ORLANDO SANCHEZ    P#68       Page
                  KJD                                                  CLOSED
1                                                                      #71
```

DATE FILED: 08/04/99           DISTRICT: 0978
DATE CLSD.: 10/27/00   TYPE: 3        WRIT: N        JUV: N      COUNTY: 3200
                                                                 ALIAS.: N

### I. CHARGE
CNTS                                                       CNT #        # O

18/371          CONSPIRACY TO VIOL 18/472                    1           1
18/982(a)
 (2)(B)         FORFEITURE
                                                             2           1

### II. UPPER
                                                                    ATTORNEY

U.S.A.                    Plaintiff
                                          JOSEPH E. SULLIVAN, AUSA
                                          701 E. BRIDGER AVE., #800
                                          LAS VEGAS, NV.  89101
                                          (702)388-6336

### III. LOWER
                                                                    ATTORNEY

HIRCHEDD, ATEF SALAMI NEMER     Defendant
                                          DONALD GREEN, RETD. (#6p)
                                          633 SO. FOURTH STREET, #2
                                          LAS VEGAS, NV  89101
                                          (702)388-7311
                                          (FAX:388-7355

SPANISH INTRP.

**OPEN**                              **CLOSE**

Proc date: 8/4/99           Dispo Judge: 7814
Proc code: 1                Dispo date: 10/24/00
1st app dt: 7/27/99         Sent date:  10/24/00
1st app code: A
Cnsl code: 2                Cnsl code: 2
                    Time
CT: 1  D: 4  Pri: Srvd  Prob: N/A  SR: None  Fine: $10,000.00
CT: ___ D: ___ Pri: ____ Prob: ____ SR: ____ Fine: ____
CT: ___ D: ___ Pri: ____ Prob: ____ SR: ____ Fine: ____

Closed

| UNITED STATES DISTRICT COURT CRIMINAL DOCKET | U.S. vs ATEF SALAMI NEMER HIRCHEDD, et al. | PAGE 2 |
|---|---|---|
| AO 256A | | Yr. \| Docket No. \| De |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELA (a) \| (b) \| (c) \| (d) |
|---|---|---|
| 08/04/99 | 1  **CRIMINAL INDICTMENT** o/d 7/26/99   1sd | 10/13/?? |
| -- | -   JS-2  re: D/Hirchedd   1sd | |
| -- | -   JS-2  re: D/Mousali   1sd | |
| -- | -   JS-2  re: D/Medina    1sd | |
| -- | 2  AO-257 re: D/**Hirchedd**  1sd | |
| -- | 3  AO-257 re: D/**Mousali**   1sd | |
| -- | 4  AO-257 re: D/**Medina**    1sd | |
| -- | 5  **MINUTES OF GRAND JURY** re: D/s Hirchedd, Mousali, Medina (RJJ)ORD 1) Summs (3) to iss to USA for A/P on FRI, 8/20/99 @ 8:30am in Crtrm #4, bfr RLH (C/Rprtr Mary Duffin) cps dist   1sd | |
| -- | -   **SUMMONSES** (3) re: D/s Hirchedd, Mousali & Medina iss'd to USA for A/P on 8/20/99 @ 8:30am in Crtrm #4, 2nd Floor, bfr Mag Jdg Roger L. Hunt   1sd | |
| 08/09/99 | 6  **TRANSCRIPT OF MAGISTRATE PAPERS** frm Dist of NV re: D/s Hirchedd, Mousali, Medina in Mag Case #99-2164-M-RLH: <br> a) **COMPLAINT** fld 7/27/99 (cpy) o/d 7/26/99 <br> b) **WARRANT** iss'd to USM re: D/Hirchedd dtd 7/27/99 <br> c) **WARRANT** iss'd to USM re: D/Mousali dtd 7/27/99 <br> d) **WARRANT** iss'd to USM re:D /Medina dtd 7/27/99 <br> e) **MINUTES OF INITIAL APPEARANCE** re: D/Hirchedd hld on 7/27/99 (Acting USMag James M. Bixler)ORD 1) FPD apptd for ths hrg only; D confrms he can affrd & wll retn cnsl  2) Deten Hrg set for FRI, 7/30/99 @ 3:00pm  3) Temp Deten Ord (Sp Intrprtr: Maria Peters) (Tape #99-3-64) cps dist <br> f) **ORDER OF TEMPORARY DETENTION** re: D/Hirchedd dtd 7/27/99 (Bixler)ORD: D detnd pend deten hrg on FRI, 7/30/99 @ 3:00pm in Crtr #4, bfr RLH cps dist <br> g) **MINUTES OF INITIAL APPEARANCE** re: D/Mousali hld on 7/27/99 (Acting USMag James M. Bixler)ORD 1) CJA atty John Duffy apptd for ths hrg only; D can affrd & wll obtn cnsl  2) Deten Hrg set for FRI, 7/30/99 @ 10:30am; Temp Deten Ord (Tape #99-3-63)(Sp Intrprtr: Maria Peters) cps dist <br> h) **ORDER OF TEMPORARY DETENTION** re: D/Mousali (Bixler) ORD: D detnd pend deten hrg on FRI, 7/30/99 @ 10:30 am in Crtrm #4, 2nd Flr, bfr RLH  cps dist <br> i) **MINUTES OF INITIAL APPEARANCE** re: D/Medina hld on 7/27/99 (Acting USMag James M. Bixler)ORD 1) CJA atty Donald Green apptd for ths hrg; D can affrd & wll retn cnsl  2) Deten Hrg set for FRI, 7/30/99 @ 3:00pm  3) Temp Deten ord Tape #99-3-63 (Sp Intrprtr: Maria Peters) cps dist | |

(*TRANSCRIPT OF MAGISTRATE PAPERS CONT'D ON NEXT PAGE)

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET — USA vs. ATEF SALAMI NEMER HIRCHEDD, et al.
AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
| --- | --- | --- |
| | (Document No.) | (a) \| (b) \| (c) \| (d) |
| 08/09/99 | 6  TRANSCRIPT OF MAGISTRATE PAPERS (*Cont'd From Prev. Page): | |

j) **ORDER OF TEMPORARY DETENTION** re: D/Medina fld 7/28/99 (Bixler)ORD: D detnd pend deten hrg set for FRI, 7/30/99 @ 3:00pm in Crtrm #4   cps dist

k) **SUBSTITUTION OF ATTORNEY** obo D/Hirchedd (Bixler) ORD: Atty Kirk Kennedy subs in as retd cnsl, FPD subs out   cps dist

l) **MOTION** obo D/Medina For Ord Setting Conds of Rels (p) (Dispo:

m) **WARRANT** w/USM retd, D/Hirchedd arr (dtd 7/27/99)

n) **WARRANT** w/USM retd, D/Mousali arr (dtd 7/27/99)

o) **WARRANT** w/USM retd, D/Medina arr (dtd 7/27/99)

p) **DESIGNATION OF RETAINED COUNSEL/APPEARANCE PRAECIPE** obo D/Medina   Atty Donald Green wll srv as retd cnsl

q) **AFFIDAVIT** dtd 7/30/99 by Donald Green obo Atty Kirk Kennedy re: D/Hirchedd ($220,600.00 deposited as security on D's bnd)

r) **AFFIDAVIT** dtd 7/30/99 by Atty Thomas Fitzpatrick obo D/Mousali ($220,600.00 deposited as security on D's bnd)

s) **CERTIFICATE OF CASH DEPOSIT** (not certfd/notrzd) dtd 7/30/99 obo D/Mousali re: $220,600.00 Cashier's Check for deposit into Registry Acct for D's bond

t) **AFFIDAVIT** of Atty Donald Green obo D/Medina re: $220,600.00 Cashier's Chck dpstd as security for D's bnd

u) **CERTIFICATE OF CASH DEPOSIT** (not Certfd/notrzd) dtd 7/30/99 bood D/Medina re: $220,600.00 Cashier's Check for deposit into Registry Acct for D's bnd

v) **BOND**, $220,600.00 depost on $750,000.00 unscrd bnd dtd 7/30/99 (Bixler) re: D/Hirchedd (Bond exon: _10/24/00_ )

w) **BOND**, $220,600.00 pstd on $750,000.00 unscrd bnd dtd 7/30/99 re: D/Mousali (Bixler) (Bond exon: _10/24/00_ )

x) **BOND**, $220,600.00 pstd on $750,000.00 unscrd bnd dtd 7/30/99 re: D/Medina (Bixler) (Bond exon: _10/24/00_ )

y) **AFFIDAVIT** re: D/Nemer (Hirchedd) by Donald Green for Atty Kirk Kennedy $29,400.00 Cashier's Check deposited as security for bnd

z) **REPORT** by Donald Green of Cash Pmnts ovr $10,000.00 (IRS frm 8300) obo Atty Kirk Kennedy for D/Hirchedd

aa) **AFFIDAVIT** by Atty Thomas Fitzpatrick obo D/Mousali re: $29,400.00 cash depositd on D's bnd

bb) **REPORT** by Thomas Fitzpatrick of Cash Pmnt over $10,000.00 (IRS form 8300) obo D/Mousali

cc) **AFFIDAVIT** of Atty Donald Green obo D/Medina re: $29,400 depositd as securtiy on bnd

dd) **REPORT** by Donald Green of Cash Pmnts Ovr $10,000.00 (IRS form 8300) obo D/Medina

ee) **MINUTES OF DETENTION HEARING** re: D/**Hirchedd** hld on 7/30/99 (Bixler)ORD 1) Prelim Hrg set for MON, 8/9/99 @ 4:00pm 2) PR bnd ($1,000,000.00) scrd by $220,600 cash set & exctd; D rlsd (Tape #99-3-64)(Sp Intrp: Ed Brondo   cps  Interval st  Start Date   Ltr.  Total
(per Section II)   End Date   Code Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U.S. vs ATEF SALAMI NEMER HIRCHEDD, et al.    PAGE 4

AO 256A

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) (b) (c) |
|---|---|---|---|
| 08/09/99 | 6 | **TRANSCRIPT OF MAGISTRATE PAPERS** (*CONT'D FROM PREV PAGES: <br> ff) **MINUTES OF DETENTION HEARING** re: D/Mousali hld 7/30/99 (Bixler)ORD 1) Prelim Hrg set for MON 8/9/99 @ 4:00pm 2) PR bnd ($1,000,000.00) secrd by $220,600.00 pstd; D relsd (see doc for spec conds) (Sp Intprtr: Ed Brondo)(Tape #99-3-64) cps dist <br> gg) **MINUTES OF DETENTION HEARING** re: D/Medina hld on 7/30/99 (Bixler)ORD 1) Prelim Hrg set for MON, 8/9/99 @ 4:00pm 2) PR bnd ($1,000,000.00) secrd by $220,600.00 cash exctd; D relsd (see doc for spec conds) (SP Intprtr: Ed Brondo)(Tape #99-3-64) cps dist <br> hh) **MINUTE ORDER** re: D/s Hirchedd, Mousali, Medina dtd 8/5/99 (RLH)ORD 1) GJ retd Indctmnt on 8/4/99 in CR-S-99-309-JBR(LRL) 2) Prelim Hrg on 8/9/99 vctd 3) A/P set for FRI, 8/20/99 @ 8:30am in Crtrm #4, 2nd Flr, bfr RLH   cps dist   lsd | |
| 08/11/99 | 7 | **EMERGENCY MOTION/STIPULATION** re: D/s Hirchedd, Mousali, & Medina To Modfy Rels Conds of Ds (m)   lsd <br> (Dispo: GRANTED #8) (Note: orig sign LRL on ths doc)   lsd | |
| 08/12/99 | 8 | **EMERGENCY MOTION/ORDER** re: D/s Hirchedd, Mousali, Medina (copy #7) (LRL)ORD: D's allwd to lve jurisdctn temp to trvl to Venezuela & retrn on/bfr 8/19/99   cps dist   lsd | |
| 08/20/99 | 9 | **ORDER** re: D/Hirchedd dtd 7/27/99 (Acting USMag Bixler) ORD: FPD apptd cnsl, USM to srv subp   cps dist   lsd | |
| -- | 10 | **ORDER** re: D/Mousali (Musala?) (Acting USMag Bixler)ORD: Atty John Duffy apptd, USM to srv subp   cps dist   lsd | |
| -- | 11 | **CJA 20** re: D/Mousali (RAS)ORD: Atty John Duffy apptd   lsd | |
| -- | 12 | **ORDER** re: D/Medina dtd 7/27/99 (Acting USMag Bixler) ORD:   Atty Donald Green apptd, USM to srv subp   lsd | |
| -- | 13 | **CJA 20** re: D/Medina (RAS)ORD: Atty Donald Green apptd   lsd | |
| -- | 14 | **JOINT DISCOVERY STATEMENT** re: D/Hirchedd   lsd | |
| -- | 15 | **JOINT DISCOVERY STATEMENT** re: D/Mousali   lsd | |
| -- | 16 | **JOINT DISCOVERY STATEMENT** re: D/Medina   lsd | |
| -- | 17 | **ORDER** re: D/s Hirchedd, Mousali, Medina (JBR)ORD: P/T mtns due 9/3/99; Resp due 9/14/99; Repl due 9/17/99   cps dist   lsd | |
| 08/23/99 | 18 | **DESIGNATION OF RETAINED COUNSEL/APPEARANCE PRAECIPE** obo D/Mousali  Atty Thomas Fitzpatrick wll srv as retd cnsl   lsd | |

| | | | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| DATE | PROCEEDINGS (continued) (Document No.) | | (a) | (b) | (c) | (d) |

UNITED STATES DISTRICT COURT — CRIMINAL DOCKET — AO 256A

USA vs. ATEF SALAMI NEMER HIRCHEDD, et al.          PAGE 5

| DATE | Doc No. | PROCEEDINGS |
|---|---|---|
| 08/23/99 | 19 | **MINUTES OF ARRAIGNMENT/PLEA** re: D/**Hirchedd** hld on 8/20/99 (RLH)ORD  1) T/N: same  2) D plds NG to CT 1  3) Sbjct to jnt dscvry stmt  4) J/T set for MON, 10/18/99 @ 8:30am w/cal call on WEDS, 10/13/99 @ 8:30am  5) Ord re p/t prcdr entrd & cps srvd on cnsl in opn crt  6) Tpes to be prvded to dfs cnsl  7) D contd on prnst trms of rels  8) Atty Fitzpatrick makes mtn obo all Ds tht conds of rels be modfd to allw their travl to Venezuela & FLA for business purps, provding prior apprvl obtnd frm P/T Srvcs; Govt has no obj; Mtn GRANTED & conds modfd (C/R E. Davis) (Sp Intrprtr: Ed Brondo) cps dist 1sd |
| -- | 20 | **MINUTES OF ARRAIGNMENT/PLEA** re: D/**Mousali** hld on 8/20/99 (RLH)ORD  1) T/N: Kamilo Youseff Mousali Kayat  2) D plds NG to CT 1  3) Sbjct to jnt dscvry stmt  4) J/T set for MON, 10/18/99 @ 8:30am w/cal call WEDS, 10/13/99 @ 8:30am  5) Ord re p/t prcdr entrd & cps srvd on cnsl in opn crt  6) Tpes to be prvded to dfs cnsl  7) D contd on prsnt trms of rels  8) Atty Fitzpatrick's mtn obo all Ds to modfy conds of rels to allw travel (see #19) GRANTED  (C/R E. Davis) (Sp Intrprtr: Ed Brondo)  cps dist  1sd |
| -- | 21 | **MINUTES OF ARRAIGNMENT/PLEA** re: D/**Medina** hld on 8/20/99 (RLH)ORD  1) T/N: Orlando Mendina Sanchez  2) D plds NG  3) Sbjct to jnt dscvry stmt  4) J/T set for MON, 10/18/99 @ 8:30am w/cal call WEDS, 10/13/99 @ 8:30am  5) Ord re p/t prcdr entrd & cps srvd on cnsl in opn crt  6) Tpes to be prvded to dfs cnsl  7) D contd on prsnt trms of rls  8) Atty Fitzpatrick's Mtn obo all Ds to modfy conds of rels to allow travel (see #19) GRANTED (C/R E. Davis) (Sp Intrprtr: Ed Brondo) cps dist  1sd |
| 08/24/99 | 22 | **AMENDED MINUTES OF ARRAIGNMENT/PLEA** re: D/Hirchedd hld on 8/20/99 (RLH)ORD: Mins amnded to reflct crrctd Trl dte of MON, 9/27/99 @ 8:30am w/cal call Weds, 9/22/99 @ 8:30am   cps dist   1sd |
| -- | 23 | **AMENDED MINUTES OF ARRAIGNMENT/PLEA** re: D/Mousali hld on 8/20/99 (RLH)ORD: Mins amnded to reflct crrctd Trl dte of MON, 9/27/99 @ 8:30am w/cal call WEDS, 9/22/99 @ 8:30am   cps dist   1sd |
| -- | 24 | **AMENDED MINUTES OF ARRAIGNMENT/PLEA** re: D/Medina hld on 8/20/99 (RLH)ORD: Mins amnded to reflct crrctd Trl dte of MON, 9/27/99 @ 8:30am w/cal call WEDS, 9/22/99 @ 8:30am   cps dist   1sd |
| 09/09/99 | 25 | **ORDER** re: D/s Hirchedd, Mousali, Medina (JBR)ORD: Trl set for & cnsl to subp wits for MON, 9/27/99 @ 8:30am w/cal call WEDS, 9/22/99 @ 8:30am (see doc for specs) cps dist   1sd |

```
                                                      CR-S-99-309-JBR(LRL)
                                                              KJD
```

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U. S. vs
                              ATEF SALAMI NEMER HIRCHEDD, et al.             PAGE 6

AO 256A                                                      Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|-------------------------|---------------------|
|      | (Document No.)          | (a) \| (b) \| (c) \| (d) |
| 09/17/99 | 26   **MINUTE ORDER** re: D/Hirchedd, et al (HDM)ORD  1) Hrg schdld for TUES, 9/21/99 @ 11:00am in Crtrm #5 on P/T's rqst to modfy conds of Ds' rels  2) P/T & Ds shll attnd hrg   cps dist    lsd | |
| 09/20/99 | 27   **STIPULATION/FINDINGS OF FACT/ORDER** re: D/s Hirchedd, Mousali, & Medina (JBR)ORD  1) Trl crrntly set for 9/27/99 vctd & contd 11/29/99 in Crtrm #1 w/cal call 11/24/99 @ 8:30am  2) Trl brfs, etc due 11/24/99 by 4:00pm (18/3161(h)(8)(B)(i)&(iv)cited) cps dist  lsd | 27  9/20/99  T  7/ <br> 27  11/29/99 <br> MTT: <br> 12/2?/99 |
| 09/22/99 | 28   **MINUTES OF PROCEEDINGS** re: P/T Srvcs' Rqst To Modfy All Ds Conds of Rels hld on 9/21/99 (LRL)ORD  1) Conds modfd as fllws: All prev ord conds rescnded w/excptn tht Ds shll be und p/t sprvsn as to any conds p/t offcr deems appropriate; cond re cash bail wll remn in effct (Tape #99-1-80)   cps dist    lsd | |
| 09/23/99 | 29   **AMENDED MINUTES OF PROCEEDINGS** re: All D/s (hld on 9/21/99) (LRL)ORD  1) Ds' rels conds modfd as fllws: All prev ord conds are rescnded w/exceptn tht Ds shll be und p/t sprvsn as to any cond the p/t offcr deems appropriate; cond re cash bail wll remn in effct (Tape #99-1-80)(Sp Intrprtr: Anita Vasquez)  cps dist    lsd | |
| 10/29/99 | 30   **MOTION** obo D/s Hirchedd, Mousali, & Medina To Modfy Conds of Rels (m)   lsd <br> (Dispo: Min Ord #31; Resp #33; ORD #34 DENIED) | |
| 10/29/99 | — Sub to LRL #30 -efm | |
| 11/02/99 | 31   **MINUTE ORDER** re: D/s Hirchedd, Mousali, Medina (LRL) ORD  1) Govt shll srv & fle Resp to Ds' Mtn To Modfy Conds of Rels (#30) nlt 11/5/99 (crtsy cpy to be dlvrd to chmbrs whn orig fld)  cps dist    lsd | |
| 11/03/99 | 32   **MOTION** obo D/**Sanchez-Medina** To Cont Trl (Exptd Consdrtn Rqstd) (p)(m)    lsd <br> (Dispo: RESP # 36; DENIED # 37) | |
| 11/04/99 | 33   **RESPONSE** by Govt To Ds' Mtn To Modfy Conds of Rels (#30) (m)   lsd | |
| -- | 34   **MINUTE ORDER** re: Ds' Mtn To Modfy Conds of Rels (#30) (LRL)ORD: Mtn #30 DENIED   cps dist    lsd | |
| 11-4-99 | Submitted to BR #s 32 BF | |
| 11/08/99 | 35   **ORDER** re: D/s **Hirchedd, Mousali, Medina** (JBR)ORD: Trl set for & cnsl to subp wits for Trl stck on MON, 11/29/99 @ 8:30am w/cal call Weds, 11/24/99 @ 8:30am (see doc for spec conds)  cps dist    lsd | |

UNITED STATES DISTRICT COURT      USA vs. ATEF SALAMI NEMER HIRCHEDD, et al.
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 11/08/99 | 36  **RESPONSE** by Govt To D/Medina's Mtn For Cont of Trl (#32) (m)  lsd | | | | |
| 11-9-99 | -- Submitted to JBR # 32-36. BP | | | | |
| 11/10/99 | 37  **ORDER** re: D/**Medina's** Mtn To Cont Trl (#32) (JBR)ORD: 1) Crt sympthszes w/dfs cnsl's dilemma, howver, since co-ds did not jn in mtn in writing, Crt must respct rights to speedy trl  2) Mtn #32 DENIED (EOD 11/10/99) cps dist  lsd | | | | |
| 11/15/99 | 38  **EMERGENCY MOTION** obo All 3 D/s For Lve To Take Depos Purs To FRCrP Rule 15 (m)  lsd (Dispo:  GRANTED #39) | | | | |
| 11/15/99 | -- Sub to LRL #38 - BP | | | | |
| 11/16/99 | 39  **EMERGENCY MOTION/ORDER** (Orig #38) (LRL)ORD:  Mtn #38 GRANTED  cps dist  lsd | | | | |
| 11/17/99 | 40  **STIPULATION/FINDINGS OF FACT/ORDER** re: D/s Hirchedd, Mousali, Medina (JBR)ORD 1) Trl crrntly set for 11/29/99 vctd & contd to 3/13/2000 @ 8:30am w/cal call contd to 3/8/2000 @ 8:30am  2) Trl brfs, etc due 3/8/2000 by 4:00pm (18/3161(h)(8)(B)(I)&(iv) cited) cps dist  lsd | 27  40 | 11/2/99  3/13/00  MNT: | T |  |
| 02/22/00 | 41  **STIPULATION/FINDINGS OF FACT/ORDER** re: D/s Sanchez-Medina, Mousali, Hirchedd (JBR)ORD  1) Trl set for 3/13/00 vctd & contd to 7/24/00 @ 8:30am w/cal call 7/19/00 @ 8:30am  2) Propsd Voir Dire due on/bfr 7/19/00 @ 4:00pm (18 3161(h)(8)(B)(I)&(iv)cited) cps dist  lsd | 40  41 | 3/14/00  7/24/00 | | 133 |
| 05/05/00 | 42  **JOINT MOTION** obo D/s Hirchedd, Mousali & Medina To Reduce Cash Collateral Hld For Bond (m)  lsd (Dispo:  Resp #43; GRANTED #44) | | MNT:  5/5/00 | | |
| 05/17/00 | 43  **RESPONSE** by Govt To D/s Hirchedd, Mousali, Medina To Jnt Mtn To Reduce Cash Collateral Hld For Bond (#42) (m)  lsd | | | | |
| 5/18/00 | --  Sub to LRL re #42 (43) jc | | | | |
| 05/18/00 | 44  **MINUTE ORDER** re: D/s **Hirchedd, Mousali, Medina's** Jnt Mtn To Reduce Cash Collateral Hld For Bond (#42) (LRL) ORD  1) Crt has consdrd mtn & gov'ts resp (#43)  2) Mtn #30 GRANTED: cash deposit security reduced from 25% to 15%  cps dist  lsd | | | | |
| 07/05/00 | 45  **MOTION** obo D/s Hirchedd, Mousali & Medina To Cont Trl Dte (m)  lsd (Dispo: OPPOS #47; Supplemnt #49; GRANTED #50) | | | | |
| 7-11-00 | slbb'd by BP to JBR (see Subm memo) | | | | |

Interval (per Section II) | Start Date/End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U. S. vs
ATEF SALAMI NEMER HIRCHEDD, et al.

AO 256A

PAGE 8

Yr. | Docket No. | D

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELA (a) | (b) | (c) |
|---|---|---|---|---|
| 07/10/00 | 46   ORDER re: D/s **Hirchedd, Mousali, Medina** (JBR)ORD: Trl set for & cnsl to subp wits for MON, 7/24/00 @ 8:30am in Crtrm #6A w/cal call Weds, 7/19/00 @ 8:30am (see doc for specs)  cps dist   lsd | | | |
| -- | 47   **OPPOSTION** by Govt To Ds' Mtn To Cont Trl Dte (#45) (m)   lsd | | | |
| -- | 48   **MOTION** by Govt For Bifurcatd Trl re: D/s Hirchedd, Mousali & Medina (m)   lsd (Dispo: GRANTED #53 | | | |
| 7-12-00 | Submitted to BR #s 46, 48. BR | | | |
| 07/13/00 | 49   **SUPPLEMENT** obo D/Sanchez-Medina To Jnt Mtn To Cont Trl (#45) (m)   lsd (* 18/3161(h)(8)(B)(I),(iv) & (h)(1)(f) cited) | | | |
| 7/17/00 | Submitted to BR # 45, 47-49. BR | | | |
| 07/20/00 | 50   **MINUTES OF CALENDAR CALL** re: D/s Hirchedd, Mousali, Medina hld on 7/19/00 (JBR)ORD 1) Cnsl advse Crt of Mtn To Cont Trl; Govt has no oppos, but rqsts stat hrg be set one wk prior to new trl dte 2) Mtn To Cont Trl GRANTED; Trl contd to MON, 10/16/00 @ 8:30am w/cal call Weds, 10/11/00 @ 8:30am 3) Stat Hrg set for THURS, 10/5/00 @ 4:30pm (C/R M. Lindi)  cps dist   lsd | | | |
| 07/27/00 | 51   **MINUTES ORDER re: TRIAL:** re: D/s Hirchedd, Mousali & Medina (JBR)ORD 1) Purs to Govt's Oppos (#47) to Ds' Mtn To Cont Trl (#45), Govt wll be unavailble for time set for trl; Trl, cal call & stat hrg vctd & reschdld 2) Trl set for MON, 10/16/00 vctd & reschdld for MON, 10/30/@ 8:30am w/cal call Weds, 10/25/00 @ 8:30am 3) Stat Hrg on THURS, 10/5/00 vctd & reschdld to MON, 10/23/00 @ 4:00pm 4) Waivr of Speedy Trl citd in D/Sanchez-Medina's Supplmntl To Jnt Mtn To Cont Trl (#49) (*18/3161(h)(8)(B)(I),(iv) & (h)(1) (f) cited)   cps dist   lsd | | | |
| 8/2/00 | 52   **MINUTE ORDER** re all defendants   (HDM) ORD: case reassgnd to HonJdg Kent J. Dawson for all frthr prcdngs; cnsl advsd that all frthr docs shl bear crrct case #CR-S-99-309-KJD(LRL)   cps dist   cjb | | | |
| 8/11/00 | -- Sub to KJD # 48. RJ | | | |
| 08/30/00 | 53   **ORDER** re: Govt's Mtn To Bifurcate Trl (#48) re: D/s Hirchedd, Mousali & Medina (KJD)ORD: Mtn #48 GRANTED; Jry wll 1st ascrtn Ds' Glt & thn delibrte on possblty of CR forftr (EOD 8/31/00)  cps dist   lsd | | | |

X

Interval (per Section II) | Start Date / End Date | Ltr. Code | To Da

| | | | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| DATE | PROCEEDINGS (continued)<br>(Document No.) | | (a) | (b) | (c) | (d) |

UNITED STATES DISTRICT COURT    USA vs. ATEF SALAMI NEMER HIRCHEDD, et al.    PAGE 9
CRIMINAL DOCKET
AO 256A

| DATE | Doc# | PROCEEDINGS (continued) | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 08/30/00 | 54 | **NOTICE** re: D/s Hirchedd, Mousali & Medina (KJD)ORD Cal Call prvsly set for Weds, 10/25/00 bfr JBR vctd & reset to TUES, 10/24/00 @ 9:00am bfr KJD in Crtrm #6D cps dist lsd | | | | |
| 10/10/00 | 55 | **CALENDAR SETTING** re: D/**Hirchedd** (KJD)ORD: Chg of Plea set for TUES, 10/24/00 @ 9:30am in Crtrm #6D, bfr KJD cps dist lsd | | | | |
| 10/11/00 | 56 | **CALENDAR SETTING** re: D/**Mousali** (KJD)ORD: Chg of Plea Hrg set for TUES, 10/24/00 @ 9:00am in Crtrm #6D, bfr KJD (sp intrp rqrd) cps dist lsd | | | | |
| 10/12/00 | 57 | **ORDER** re: D/s **Hirchedd, Mousali, Medina** (KJD)ORD: Trl for & cnsl to subp wits for MON, 10/30/00 @ 9:00am w/cal call TUES, 10/24/00 @ 9:00am (see doc for specs) cps dist lsd | | | | |
| 10/17/00 | 58 | **CALENDAR SETTING** re: D/**Medina** (KJD)ORD: Chg of Plea Hrg set for TUES, 10/24/00 @ 9:30am in Crtrm #6D, bfr KJD (Sp Intrprtr Rqrd) cps dist lsd | | | | |
| 10/23/00 | 59 | **MINUTE ORDER** dtd 10/23/00 (KJD) ORD 1) Chnge's of pleas set for 10/24/00; stats ck VCTD cps dist lgm | | | | |
| 10/24/00 | 60 | **MINUTES OF CHANGE OF PLEA** re: D/Hirchedd (KJD) ORD 1) D allwd to wthdrw NG plea as to CT 1 & plds G to sme; crt accpts plea 2) Non-bndng plea agremnt 3) P/S invstigatn & rpt waivd 4) D sent 5) Trl dt vctd (C/R M.Lindi) cps dist lgm | | | | |
| -- | 61 | **PLEA MEMORANDUM** re: D/Hirchedd lgm | | | | |
| -- | 62 | **MINUTES OF SENTENCING** re: D/Hirchedd (KJD) ORD As to CT 1: 1) Sent impsd 2) Fine impsd 3) Assessmnt 4) CT 2 DISMD 5) Bond exon (C/R M.Lindi) cps dist | | lgm | | |
| -- | 63 | **JUDGMENT** re: D/Hirchedd (KJD) ORD As to CT 1: 1) Time srvd 2) No sprvsd relse 3) $100.00 assessmnt 4) $10,000.00 fine 5) $3,400.00 restitutn (EOD 10/27/00) cps dist lgm | | | | |
| -- | 64 | **MINUTES OF CHANGE OF PLEA** re: D/Mousali (KJD) ORD 1) D allwd to wthdrw NG plea as to CT 1 & plds G to sme; crt accpts plea 2) Non-bndng plea agremnt 3) P/S invstigatn & rpt waivd 4) D sent 5) Trl dt vctd (C/R M.Lindi) cps dist lgm | | | | |
| -- | 65 | **PLEA MEMORANDUM** re: D/Mousali lgm | | | | |
| -- | 66 | **MINUTES OF SENTENCING** re: D/Mousali (KJD) ORD As to CT 1: 1) Sent impsd 2) Fine impsd 3) Assessmnt 4) CT 2 DISMD 5) Bnd exon (C/R M.Lindi) cps dist | | lgm | | |

Interval (per Section II)    Start Date / End Date    Ltr. Code    Total Days

UNITED STATES DISTRICT COURT  
CRIMINAL DOCKET   U. S. vs  ATEF SALAMI NEMER HIRCHEDD et al

Page 10

AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) |
|---|---|
| 10/24/00 | 67 **JUDGMENT** re: D/Mousali (KJD) ORD As to CT 1: 1) Time srvd 2) No sprvsd relse 3) $100.00 assessmnt 4) $10,000.00 fine 5) $3,400.00 restitutn (EOD 10/27/00) cps dist  lgm |
| -- | 68 **MINUTES OF CHANGE OF PLEA** re: D/Medina (KJD) ORD 1) D allwd to wthdrw NG plea as to CT 1 & plds G to sme; crt accpts plea 2) Non-bndng plea agremnt 3) P/S invstigatn & rpt waivd 4) D sent 5) Trl dt vctd (C/R M.Lindi) cps dist  lgm |
| -- | 69 **PLEA MEMORANDUM** re: D/Medina  lgm |
| -- | 70 **MINUTES OF SENTENCING** re: D/Medina (KJD) ORD As to CT 1: 1) Sent impsd 2) Fine impsd 3) Assessmnt 4) Restitutn 5) CT 2 IDMSD 6) Bnd exon (C/R M. Lindi) cps dist  lgm |
| -- | 71 **JUDGMENT** re: D/Medina (KJD) ORD As to CT 1: 1) Time srvd 2) No sprvsd relse 3) $100.00 assessmnt 4) $10,000.00 fine 5) $3,400.00 restitutn (EOD 10/27/00) cps dist  lgm |
| -- | -- <u>JS-3s</u> (3) re: D/s **Hirchedd, Mousali, & Medina**  lsd |

V. EXCLUDABLE DELA  
(a) (b) (c) (d

Interval (per Section II)  Start Date / End Date  Ltr. Code  Tot Day