# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff-Appellee,<br>vs.<br><br>Atef Salami Nemer Hirchedd,<br><br>　　　　　Defendant-Appellant. | District No.　2:99-cr-00309-KJD<br><br>U.S.C.A. No.　18-17355 |

## ORDER ON MANDATE

　　　The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on 5/31/2019, issued its mandate that the appeal(s) is/are DISMISSED. The Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated this __5th__ day of __June__, 2019.

_____
Kent J. Dawson
United States District Judge